B3A (Official Form 3A) (12/07) - Cont.

Entered on Docket
January 31, 2011
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

United States Bankruptcy Court
Northern District of California

IN RE:                                                        Case No. __11-40636__

__Vasquez, Carlos Jr. & Vasquez, Anna Lisa__                  Chapter __7__
                Debtor(s)

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐ IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☒ IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ __299.__    Check one    ☐ With the filing of the petition, or
                           ☒ On or before __2/18/2011__

$ _____    on or before _____
$ _____    on or before _____
$ _____    on or before _____

FILED
JAN 31 2011
U.S. BANKRUPTCY COURT
OAKLAND, CALIFORNIA

☐ IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

Date: __1-31-2011__

_____
United States Bankruptcy Judge