**The following constitutes
the order of the court. Signed February 23, 2011**

_____
Roger L. Efremsky
U.S. Bankruptcy Judge
_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

In Re: Carlos Vasquez, Jr. and
     Anna Lisa Vasquez

Case No.: **11-40636 RLE**

Chapter: 7

Debtor(s)/

ORDER OF DISMISSAL

    Debtor(s) having failed to comply with this Court's order dated 1/31/2011, and no objections having been filed,

THIS CASE IS HEREBY DISMISSED.

**END OF ORDER**

COURT SERVICE LIST

All Recipients